Friday, May 27, 2011

Mr. Robert B. Gilbreath
Hawkins Parnell Thackston & Young LLP
Highland Park Place
4514 Cole Avenue, Suite 500
Dallas, TX 75205

Mr. Edward Jason Dennis
Lynn Tillotson & Pinker & Cox, L.L.P.
2100 Ross Ave, Suite 2700
Dallas, TX 75201
Honorable Gena Nicole Slaughter
191st District Court Dallas County
600 Commerce Street, 7th Floor
Dallas, TX 75202

Mr. Michael Carter Crow
Fulbright & Jaworski, LLP
1301 Mckinney St. Ste. 5100
Houston, TX 77010-3031

RE: Case Number: 09-0520
 Court of Appeals Number: 05-09-00609-CV
 Trial Court Number: DC-08-03836

Style: IN RE COY REECE

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367. The motion to
dismiss for lack of jurisdiction and motion to revoke bond are denied.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Yaira M. Torres, Deputy Clerk
Enclosure
|cc:|Sheriff Lupe |
| |Valdez |
| |Mr. Gary |
| |Fitzsimmons |
| |Ms. Lisa Matz |
| |Ms. Louise Pearson|